UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARNEST EDWARDS,

    Petitioner,

v.        Case No. 05-CV-71105-DT

GERALD HOFBAUER,

    Respondent.
                                  /

**ORDER STRIKING NOVEMBER 10, 2005 DOCUMENT**

The court has previously ordered that certain documents filed by Petitioner Earnest Edwards in the above-captioned case be either returned to Petitioner or, when filed, stricken from the docket for failure to comply with the local rules of this court. (*See, e.g.,* 5/25/05 Order, 8/02/05 Order, 8/15/05 Order.)   Petitioner has again filed a document which is illegible and thus in violation of Local Rule 5.1.  *See* E.D. Mich. LR 5.1(a) (requiring, among other things, that all filed papers be double-spaced and "plainly typewritten, printed, or prepared by a clearly legible duplication process.").  Accordingly,

IT IS ORDERED that the document filed November 10, 2005 is hereby STRICKEN from the docket of this court.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated:  December 27, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 27, 2005, by electronic and/or ordinary mail.

 S/Lisa G. Wagner
 Case Manager and Deputy Clerk
(313) 234-5522